


SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED
FEB 0 7 2012
Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12 CR 033 GKF |
| Plaintiff, | FILED UNDER SEAL |
| v. | INDICTMENT |
| GREGG ALAN JACKSON, | [COUNT 1: 18 U.S.C. § 844(i) Arson; COUNT 2: 18 U.S.C. § 4 - Misprision of a Felony] |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT ONE
[18 U.S.C. § 844(i)]

On or about April 25, 2011, in the Northern District of Oklahoma, the defendant, **GREGG ALAN JACKSON**, maliciously attempted to damage, and did damage, by means of fire, the building and real property located at 4652 South Fulton Avenue, Tulsa, Oklahoma, which property was used in interstate commerce and in activities affecting interstate commerce, in violation of Title 18, United States Code, Section 844(i).

## COUNT TWO
**[18 U.S.C. § 4]**

On or about April 25, 2011, in the Northern District of Oklahoma, the defendant, **GREGG ALAN JACKSON,** having knowledge of the actual commission of a felony cognizable by a court of the United States, that is, arson, a violation of Title 18, United States Code, Section 844(i), as set forth more fully in Count One of this Indictment, did conceal the same and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, in violation of Title 18, United States Code, Section 4.

THOMAS SCOTT WOODWARD
UNITED STATES ATTORNEY

/s/
RYAN L. SOUDERS
Assistant United States Attorney

A TRUE BILL

/s/ Grand Jury Forepereson
Grand Jury Foreperson